UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL PHILLIPS,<br><br>        Plaintiff,<br><br>    v.<br><br>CLAIRE A. CUNNINGHAM, et al.,<br><br>        Defendants. | Case No. 25-cv-02296-SI<br><br>**ORDER TO SHOW CAUSE** |

On April 1, 2025, Judge Westmore granted plaintiff leave to proceed in forma pauperis but found plaintiff's complaint deficient on several grounds. Dkt. No. 6. Judge Westmore ordered plaintiff to "clearly provide the legal and factual basis for all claims" in an amended complaint no later than April 25, 2025. *Id.* at 4. If plaintiff did not, Judge Westmore indicated that she would write a report and recommendation to dismiss the complaint or the entire case. *Id.* On April 24, 2025, plaintiff's case was reassigned to the undersigned judge. The notice of reassignment did not clearly state whether the deadline to file an amended complaint remained in place. Plaintiff has not filed an amended complaint.

Should plaintiff wish to remain before the Court, the Court orders plaintiff to file an amended complaint or otherwise show cause as to why his case should not be dismissed by Friday, May 23, 2025. If plaintiff fails to file a response to this order, the Court will dismiss this case.

**IT IS SO ORDERED**.

Dated: May 13, 2025

_____
SUSAN ILLSTON
United States District Judge