UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL PHILLIPS,<br><br>        Plaintiff,<br><br>    v.<br><br>CLAIRE A. CUNNINGHAM, et al.,<br><br>        Defendants. | Case No. 25-cv-02296-SI<br><br>**ORDER DISMISSING CASE** |

On April 1, 2025, Judge Westmore granted plaintiff leave to proceed in forma pauperis but found plaintiff's complaint deficient on several grounds. Dkt. No. 6. Judge Westmore ordered plaintiff to "clearly provide the legal and factual basis for all claims" in an amended complaint no later than April 25, 2025. *Id.* at 4. If plaintiff did not, Judge Westmore indicated that she would write a report and recommendation to dismiss the complaint or the entire case. *Id.* On April 24, 2025, plaintiff's case was reassigned to the undersigned judge. The notice of reassignment did not clearly state whether the deadline to file an amended complaint remained in place, so the undersigned judge ordered plaintiff to file an amended complaint by May 23, 2025. Dkt. No. 11. Plaintiff did not file an amended complaint. The Court therefore DISMISSES the case for plaintiff's failure to prosecute.

**IT IS SO ORDERED**.

Dated: May 27, 2025

SUSAN ILLSTON
United States District Judge